RECEIVED & FILED

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

'06 JUN 26 P2 :22

U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

| | |
|---|---|
| IN RE: ) | BK-S BK-N-90-31248 |
| ) | |
| Loftin Associates, dba Ormsby House ) | HEARING DATE: |
| ) | HEARING TIME: |
| ) | |
| Debtor ) | APPLICATION TO WITHDRAW |
| ) | MONEYS UNDER 28 U.S.C. 2042 |

Dilks & Knopik, LLC, Applicant, states that there was a dividend check in the amount $481.75 in the above-named case issued to Richard Motts. Said check having not been cashed by said payee, the Trustee, pursuant to 11 U.S.C. 347(a), delivered the unclaimed money to the Clerk, US Bankruptcy Court.

**PLEASE CROSS OUT THE PARAGRAPH THAT DOES NOT APPLY:**

1. Claimant is the creditor or debtor in whose behalf these moneys were deposited and is entitled to the moneys deposited.

2. ~~Claimant is not the creditor but is entitled to payment of these moneys because (**Please state the basis for your claim to the moneys**)~~ _____

_____

_____

_____

The creditor did not receive the initial dividend check in the above case for the following reason:

The original dividend check was mailed to Richard Motts at Box 268, Carson City, NV 89702. That address is no longer valid. The change of address prevented delivery of the original dividend check. Exhibit A is evidence that Richard Motts once used that address.
(please attach copies of any supporting documentation.*)

Applicant requests the Court to enter an order authorizing payment of the pro rata dividend upon this claim to Richard Motts c/o Dilks & Knopik, LLC, PO Box 2728, Issaquah, WA 98027.

Date: 5/18/2006

Brian J. Dilks, Managing Member
Attorney-in-Fact for Richard Motts
PO Box 2728
Issaquah, WA 98027
(425) 836-5728

Sworn and subscribed to before
Me this 18 day of may, 2006

Caryn M. Knopik, Notary Public
My commission expires July 29, 2006



* (i) If claimant is heir of deceased creditor, attach copies of death certificate and heirship order of court.

(ii) If claimant is assignee of creditor, attach copy of assignment.

(iii) If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.

(iv) If claimant is agent of creditor for purposes of filing this application, attach a copy of the agency agreement

(v) Attach other documents showing entitlement should non of the foregoing apply.