**Entered on Docket**
**January 11, 2010**

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:
Loftin Associates, Inc.

Debtor(s)

BK 90-31248 GWZ
Ch 7

Hearing Date: N/A
Hearing Time: N/A

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore, it is hereby

ORDERED that the amount of $503.50 constituting an unclaimed dividend is declared due to Louise Backus c/o Dilks & Knopik.

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of

Louise Backus
c/o Dilks & Knopik
PO Box 2728
Issaquah WA. 98027

###