UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

RECEIVED AND FILED
10 JAN 15 AM 11:02
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

In re:

LOFTIN ASSOCIATES
 dba ORMSBY HOUSE,

            Debtors.

Chapter 7

Case No. 90-31248 GWZ

TRANSFER OF CLAIM and

WAIVER OF NOTICE TO OBJECT

PLEASE TAKE NOTICE that the general unsecured claim of BONNIE COSGROVE (underlying creditor and Transferor), against the above captioned Debtor in the amount of $616.25, as stated on Exhibit A DOC 407 filed by the trustee and all claim(s) of Transferor associated with such claim have been transferred and assigned absolutely and not for security to EPLO. The signature of the Transferor on this document is evidence of the transfer of the claim(s) and all associated rights to the claim(s). Transferor hereby waives notice to object as described in Bankruptcy Rule 3001(e)(2)

I, as the authorized undersigned Transferor of the above described claim, hereby assign and transfer the herein referenced claim and all rights there under to EPLO upon terms as set forth in the Claim Purchase Agreement dated DECEMBER 8, 2009. I represent and warrant that the original claim is not less than $616.25 and has not been previously objected to, sold or satisfied. Other than as stated above, EPLO assumes all risks associated with the debtor's ultimate payment, if any upon the claim. I agree that upon request, I will deliver to EPLO any correspondence or payment received after the date of this agreement and any supporting materials (if requested by EPLO) documenting the claim. The clerk of the court is authorized to changed the address and holder of this claim from the Transferor to that of the Transferee, EPLO below.

**TRANSFEROR:**

Print name ___BONNIE COSGROVE___ Bonnie Cosgrove  TITLE ___OWNER___

Signature ___Bonnie Cosgrove___   Date: 12/31/01

Company _____

Present address ___3200 CHAMPION ST   CARSON CITY, NV 89706___

Phone: ___775-882-5438___   Email: Salsabonbon@hotmail.com

**TRANSFEREE:**

Eplo

1939 S 1100 E

Salt Lake City, Utah 84106

Mike T Trustee

TO CLERK OF THE COURT

PLEASE RECORD THIS DOCUMENT IN CASE # 90-31248

THANK YOU.

Mike Timm Jr.