# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

RECEIVED & FILED

FEB 4  2 42 PM '10

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

----------------------------------------------- x
                                                 :    Chapter 7
In re:                                           :    Case No. 90-31248GWZ
                                                 :
LOFTIN ASSOCIATES dba                            :    HEARING DATE:
ORMSBY HOUSE,                                    :    HERRING TIME:
                                                 :
                Debtor(s)                        :    **MOTION TO WITHDRAW**
                                                 x    **MONEYS UNDER 28 U.S.C. 2042**
----------------------------------------------- x

**E.P.L.O.** hereby petitions the Court for $ 616.25 being held in the Registry of the Clerk, United States Bankruptcy Court, as unclaimed funds. Petitioner certifies that petitioner is a assignee of the creditor  Bonnie Cosgrove in the above referenced bankruptcy proceeding and the unclaimed funds are lawfully due to petitioner. **THE CREDITOR** did not receive the dividend check in the above case for the following reason:

The Trustee 's Notice  of  unclaimed funds lists Bonnie Cosgrove with an address of  Box 2742 Carson City, NV 89702.  That address is no longer valid. The change of address prevented delivery of the dividend check, Exhibit C  is evidence that Bonnie Cosgrove once used the address on the trustee's notice.

The petitioner's current mailing address is:

E.P.L.O.  1939 S 1100 E  Salt Lake City, Utah 84106_____

**IT APPEARING THAT**  a dividend check in the amount $616.25, was issued by the trustee to Bonnie Cosgrove, creditor in the above –referenced case.
**IT ALSO APPEARING THAT**  said check was not negotiated by said payee and the trustee, pursuant to 11 U.S.C. section 347 (a) delivered the unclaimed funds to the Clerk. U.S. Bankruptcy Court .
**IT ALSO APPEARING THAT** the claim was transferred on 12/31/09 from Bonnie Cosgrove the original creditor listed  on the claims register (see Exhibit A) to IKP Enterprises  dba E.P.L.O., the assignee.  The transfer  document is  attached to this document as Exhibit B.

**THEREFORE** the present creditor E.P.L.O.,  hereby petitions the court for $616.25, which is the sum of all monies being held in the Registry of the Clerk, United States Bankruptcy Court, as unclaimed funds, which are due the creditor.

**THEREFORE** an application is made for an order directing the Clerk of the Court to pay said unclaimed funds to the order of  E.P.L.O, (applicant ) and mail said check to the following address  1939 S 1100 E  Salt Lake City, Utah 84106

_____         Dated: 2/1/10

Mike T. Trustee
E.P.L.O.