# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re: Loftin Associates, Inc.  )
                                )  BK90-31248-GWZ
                                )  Chapter 7
                                )
                                )  Hearing Date: N/A
         Debtor                 )  Hearing Time: N/A

## DEFICIENCY NOTICE ON MOTION TO PAY UNCLAIMED FUNDS

The request for payment of Unclaimed Funds that was submitted by Bonnie Cosgrove c/o E.P.L.O has been found deficient. The documents were received and filed with the U.S. Bankruptcy Court Clerk's Office. If the following deficiencies are remedied, an order will be forwarded to the judge.

```
___  $26.00 File search fee.
___  Motion to Payment of Unclaimed Funds.
___  Limited power of attorney or assignment.
___  Affidavit for reimbursement.
___  Affidavit of service to the U.S. Attorney
 X   Fee agreement required by local rule 3011(a)(1)(B)
___  Supporting documentation required (see comments)
 X   Photocopy of current identification
___  Address is not the same as on the original Notice of Unclaimed Funds.
___  Fees have been paid out previously on schedule #_____
___  Other _____
```

Comments: Please provide a current copy of Bonnie Cosgrove photo id.

Unless otherwise noted, the original documentation has been filed and docketed. **Your request cannot be processed until this documentation is filed with the court.**

If you have any questions, contact the Unclaimed Funds Department at (702) 388-6257 or Financial@nvb.uscourts.gov

Date: 3/8/2010

                            Karina Magallanes
                            Deputy Clerk

## CERTIFICATE OF MAILING

I certify that a copy of this notice was mailed to the submitting parties listed above, on 3/9/2010 by KM.

Updated 11/09